**Order entered October 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00151-CV

**INLAND WESTERN DALLAS LINCOLN PARK LIMITED PARTNERSHIP AND RPAI SOUTHWEST MANAGEMENT, LLC, Appellants**

**V.**

**HAI NGUYEN AND MAI NGUYEN, INDIVIDUALS, D/B/A ROMIE'S NAIL BOUTIQUE, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08114**

## ORDER

Before the Court is Hai Nguyen and Mai Nguyen d/b/a Romie's Nail Boutique's October 12, 2018 petition for rehearing. The Court requests that Inland Western Dallas Lincoln Park Limited Partnership and RPAI Southwest Management, LLC file a response, if any, by November 7, 2018.

/s/      ROBERT M. FILLMORE
         JUSTICE